NICHOLAS ULRICH, WSBA No. 50006
Assistant Attorney General
Attorney for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 – Telephone
Nicholas.ulrich@atg.wa.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIA TOMBARI, an individual, and TROY BRUNER, an individual,<br><br>　　　　　Plaintiffs,<br>v.<br><br>STATE OF WASHINGTON, by and through the WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a Washington State Agency; CATHI HARRIS, an individual; JIM RILEY, an individual; MEGAN SMITH, an individual; RENEE SCHUITEMAN, an individual; and KIRSTOPHER SMITH, and individual,<br>　　　　　Defendants | SUPERIOR COURT NO. 20-2-02253-32<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

TO:　　THE CLERK OF THE ABOVE ENTITLED COURT;

///

1  TO:    Antonia Tombari and Troy Bruner, Plaintiffs, Plaintiff, and;

2  TO:    Michael A. Maurer, Charles Hausberg, and Court A Hall, Plaintiff's

3  Attorneys

4      PLEASE TAKE NOTICE that Defendants DEPARTMENT OF

5  CORRECTIONS, CATHI HARRIS, JIM RILEY, MEGAN SMITH, RENEE

6  SCHUITEMAN, and KIRSTOPHER SMITH hereby give notice of the removal of

7  the above-captioned action, Washington State Superior Court For Spokane County

8  Case No: 20-2-02253-32 to the United States District Court for the Eastern District

9  of Washington, on the grounds set forth herein. This notice and petition for removal

10 is made pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1343, 28

11 U.S.C. § 1367, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, and is proper and

12 appropriate based on the following:

13     1.    The suit was filed on August 24, 2020. The Department of

14 Corrections was served on or after August, 19, 2020. However, individual

15 defendant Megan Smith was not served until August 30, 2020. Thus, under 28

16 U.S.C. § 1446(b) and *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S.

17 344, 347–48 (1999), this Notice of Removal is timely filed with this Court.

18     2.    Pursuant to 28 U.S.C. § 1446(a), copies of "all process, pleadings,

19 and orders served upon" the Defendant have been attached hereto.

20     3.    Included in the causes of action alleged by the Plaintiff, is a claim

21 pursuant to 42 U.S.C. § 1983. Thus, this suit raises a federal question on the face

22 of the complaint. The court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28

1  U.S.C. § 1367.

2      4.    Defendant, Department of Corrections, and all five individually named defendants voluntarily appear in this action for the purposes of removal (See Declaration of Nicholas Ulrich), but reserve all objections, arguments, and defenses to Plaintiff's Complaint. Thus, this Notice of Removal is filed subject to and with reservation of rights by Defendant including, but not limited to, defenses and objections to venue, improper service of process, personal jurisdiction and any other defenses Defendant may pursue. Any responsive pleading or motion necessary to address these issues will be filed forthwith.

    5.    A copy of this Notice will be filed with the Clerk of the Superior Court of the State of Washington for the County of Spokane, and a copy of this Notice will be served on Plaintiffs.

    6.    All Defendants, by and through the undersigned attorney, hereby consent to removal of this matter to the United States District Court for the Eastern District of Washington at Spokane, in compliance with 28 U.S.C. § 1446. *See* Declaration of Nicholas Ulrich.

////

////

Wherefore, Defendants respectfully request that the above-referenced matter now pending in Washington State Superior Court for Spokane County be removed to the United States District Court for the Eastern District of Washington at Spokane.

DATED this **18** day of September, 2020.

ROBERT W. FERGUSON
Attorney General

_____
NICHOLAS R. ULRICH, WSBA No. 50006
OID # 91106
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Nicholas.ulrich@atg.wa.gov

## PROOF OF SERVICE

I certify that I electronically filed and served a copy of this document using the CM/EDCF filing system and sent a copy of such filing in the U. S. mail to the following:

☒ US Mail Postage Prepaid

        Michael Maurer
        Charles Hausberg
        Court A. Hall
        LUKINS & ANNIS, PS
        717 West Sprague Avenue, Suite 1600
        Spokane, WA 99201-0466
        (509) 623-2021
        (509) 747-2323FAXSpokane, WA 99201

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 18th day of September, 2020, at Spokane, Washington.

_____
ELIZABETH KIRWIN