AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 10, 2023**

SEAN F. MCAVOY, CLERK

ANTONIA TOMBARI, and individual,
and TROY BRUNER, an individual,

*Plaintiff*

v.

STATE OF WASHINGTON, by and through the WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a Washington State Agency; CATHI HARRIS, and individual; JIM RILEY, an individual; MEGAN SMITH, an individual; RENEE SCHUITEMAN, an individual; and KRISTOPHER SMITH, an individual,

*Defendant*

Civil Action No. 2:20-cv-00336-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 58, is GRANTED.
The Court remands Plaintiff's state law claims back to Spokane County Superior Court, pursuant to the Court's Order ECF No. 74.
Judgment in favor of the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on Defendants' motion for Summary Judgment.

Date: 2/10/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz